FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2023

Nos. 04-22-00638-CR, 04-22-00661-CR, 04-22-00662-CR

Xavier Deshawn **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CR-0264, 2020-CR-0265, 2020-CR-0266
Honorable Jefferson Moore, Judge Presiding

# O R D E R

On February 3, 2023, the State filed a letter asking that three appeals pending in this court be consolidated. In the interest of the efficient administration of the court's docket, we order Appeal Numbers 04-22-00638-CR, 04-22-00661-CR, and 04-22-00662-CR consolidated.

The parties must file motions, briefs, and other pleadings as if the appeals were one but put all three appellate numbers in the style of the case. The cases must be argued together in one brief, as in a single appeal, and if oral argument is requested and granted, the entire case must be argued as a single appeal, with the total time limit for each party equal to the ordinary time limit for a party in a single appeal. The court will dispose of the appeals in the same judgment, opinion, and mandate.

The reporter's record has been filed in appellate cause number 04-22-00638-CR and appellant's brief in that appeal is due on February 27, 2023. The Clerk of this court is directed to file a copy of the reporter's record from appellate cause number 04-22-00638-CR in appellate cause numbers 04-22-00661-CR and 04-22-00662-CR. Appellant's brief in all three appeals is due **March 9, 2023.**

_____
Lori I. Valenzuela, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court